1
2
3
4
5
6
7   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF WASHINGTON
8
    UNITED STATES OF AMERICA,
9
        Plaintiff,
10                                          NOS. CR-08-151-RHW-1
        v.                                       CR-08-152-RHW-1
11                                               CR-09-004-RHW-1
    ABEL MEDINA-QUINTERO and                     CR-09-004-RHW-2
12  ALFONSO FLORES-RAMIREZ,
                                            **ORDER GRANTING
13      Defendants.                         DEFENDANTS' MOTION TO
                                            CONTINUE PRETRIAL AND
14                                          TRIAL AND EXCLUDING TIME
                                            UNDER SPEEDY TRIAL ACT**

15      A pretrial conference was held in the above-captioned matters on May 7,
16  2009. Defendant Medina-Quintero was present and represented by Jaime Hawk;
17  Defendant Flores-Ramirez was represented by Jeffrey Niesen; the Government was
18  represented by Assistant United States Attorney Russell Smoot. Before the Court
19  are Defendant Medina-Quintero's Motions for Extension of Time (Ct. Recs. 57 and
20  62) and Motions to Expedite Hearing thereupon (Ct. Recs. 58 and 63), and
21  Defendant Flores-Ramirez's Motion to Sever or Redact (Ct. Rec. 55). The Court
22  granted Defendants' unopposed motions for the reasons set forth at the hearing.
23      At the hearing, Defendants orally moved for a continuance of the trial in
24  order to continue negotiations towards a resolution, and to investigate and prepare
25  for trial in the event those negotiations fail. The Government did not object to a
26  continuance. The Court conducted a colloquy with both Defendants regarding their
27  rights under the Speedy Trial Act and Defendants waived those rights.
28  ///

**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE** \* 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Medina-Quintero's Motions for Extension of Time (Ct. Recs. 57 and 62) and Motions to Expedite Hearing thereupon (Ct. Recs. 58 and 63) are **GRANTED**.

2. Defendant Flores-Ramirez's Motion to Sever or Redact (Ct. Rec. 55) is **GRANTED.** The Government is directed to redact any material as required by *Bruton v. United States*, 391 U.S. 123 (1967). Defendant Flores-Ramirez may renew this motion if after he has received the redacted materials he continues to believe there may be a *Bruton* violation.

3. The jury trial set for March 26, 2009, in Cause Nos. CR-09-004-RHW-1, CR-09-004-RHW-2, CR-08-151-RHW-1, and CR-08-152-RHW-1, is **stricken**. A new jury trial for those four matters is **set** for **September 8, 2009,** in Spokane, Washington. Counsel shall meet in chambers at 8:30 a.m. Jury selection shall begin at 9:00 a.m.

3. A pretrial conference is **set** for **July 30, 2009**, **at 9:00 a.m.**, in Spokane, Washington.

4. All pretrial motions shall be filed on or before **July 7, 2009.**

5. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the time between May 26, 2009, the current trial date, until September 8, 2009, the new trial date, is **declared excludable** for purposes of the Speedy Trial Act. The Court finds that the continuance is necessary to allow Defendants time to fully investigate and prepare for trial. Defendants' interest in this investigation and preparation outweighs the interest of the public and Defendants in a speedy trial.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this 11th day of May, 2009.

*S/ Robert H. Whaley*
ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2009\09-0004\cont2.ord.wpd

**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE** * 2